# EXHIBIT 1

**Complaint filed in Superior Court County of San Diego on 2/21/2024**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | FOR COURT USE ONLY |
|---|---|---|
| NAME: Nicholas J.P. Wagner    STATE BAR NUMBER: 109455 | | |

ATTORNEY OR PARTY WITHOUT ATTORNEY    STATE BAR NUMBER: 109455

NAME: Nicholas J.P. Wagner

FIRM NAME: The Wagner Law Group

STREET ADDRESS: 1111 E Herndon Avenue, Suite 317

CITY: Fresno    STATE: CA    ZIP CODE: 93720

TELEPHONE NO.: (559) 449-1800    FAX NO.:

EMAIL ADDRESS: sonya@thewagnerlawgroup.com

ATTORNEY FOR (name): Plaintiff, Bonnie Sanchez

**FOR COURT USE ONLY**

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**02/21/2024** at 03:29:32 PM
Clerk of the Superior Court
By Hannah Houston-Will,Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO**

STREET ADDRESS: 330 W Broadway

MAILING ADDRESS: 330 W Broadway

CITY AND ZIP CODE: San Diego 92101

BRANCH NAME: Central Division

PLAINTIFF: Bonnie Sanchez

DEFENDANT: CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC, Otay Mesa Detention Center and

[x] DOES 1 to 20, et al.

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

[ ] AMENDED (Number):

Type (check all that apply):

[ ] MOTOR VEHICLE    [x] OTHER (specify): Sexual battery, etc.

[ ] Property Damage    [ ] Wrongful Death

[x] Personal Injury    [x] Other Damages (specify): Exemplary and Attorney Fees

CASE NUMBER:

37-2024-00008124-CU-PO-CTL

Jurisdiction (check all that apply):

[ ] ACTION IS A LIMITED CIVIL CASE  (does not exceed $35,000)

Amount demanded    [ ] does not exceed $10,000

    [ ] exceeds $10,000

[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)

[ ] ACTION IS RECLASSIFIED by this amended complaint

    [ ] from limited to unlimited

    [ ] from unlimited to limited

1. **Plaintiff** (name or names): Bonnie Sanchez

   alleges causes of action against **defendant** (name or names):

   CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC, Otay Mesa Detention Center and DOES 1 TO 20, et al.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult

   a. [ ] **except** plaintiff (name):

      (1) [ ] a corporation qualified to do business in California.

      (2) [ ] an unincorporated entity (describe):

      (3) [ ] a public entity (describe):

      (4) [ ] a minor    [ ] an adult

         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.

         (b) [ ] other (specify):

      (5) [ ] other (specify):

   b. [ ] **except** plaintiff (name):

      (1) [ ] a corporation qualified to do business in California.

      (2) [ ] an unincorporated entity (describe):

      (3) [ ] a public entity (describe):

      (4) [ ] a minor    [ ] an adult

         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.

         (b) [ ] other (specify):

      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: Sanchez v. CoreCivic, Inc., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant (name): CoreCivic, Inc.
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☒ **except** defendant (name): CoreCivic of Tennessee, LLC
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☒ **except** defendant (name): CoreCivic, LLC
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☒ **except** defendant (name): Otay Mesa Detention Center
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 through 10    were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 11 through 20    are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):

---

PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE:   Sanchez v. CoreCivic, Inc., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☒ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☒ Other *(specify):*
       Assault, Battery, Sexual Battery (Civil Code Section 1708.5); Sexual Harassment (Civil Code Section 51.9) and violation of the Bane Act (Civil Code Section 52.1).

11. Plaintiff has suffered *(check all that apply)*
    a. ☐ wage loss.
    b. ☐ loss of use of property.
    c. ☐ hospital and medical expenses.
    d. ☐ general damage.
    e. ☐ property damage.
    f. ☐ loss of earning capacity.
    g. ☒ other damage *(specify):*  Exemplary and attorney fees.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages.
       (2) ☒ punitive damages.
    b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒ according to proof.
       (2) ☒ in the amount of: $in excess of $10,000,000.00 (Ten million)
15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: February 20, 2024

Nicholas J.P. Wagner
_____
(TYPE OR PRINT NAME)

▶ *Nicholas J.P. Wagner*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(3)

| SHORT TITLE: Sanchez v. CoreCivic, Inc., et al. | CASE NUMBER |
|---|---|

FIRST
_(number)_

## CAUSE OF ACTION—SEXUAL BATTERY    Page ___4___
(Civil Code Section 1708.5)

ATTACHMENT TO    [X] Complaint    [ ] Cross - Complaint

_( se a separate cause of action form for each cause of action.)_

IT-1.  Plaintiff _(name):_  Bonnie Sanchez

alleges that defendant _(name):_   CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC, Otay Mesa Detention Center and

[X] Does ___1___ to ___20___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on _(date):_  On or about February 23, 2021

at _(place):_  Otay Mesa Detention Center located at 7488 Calzada De La Fuente, San Diego, CA 92154

An officer or guard who was working at Otay Mesa Detention Center committed a sexual battery upon Plaintiff. The officer/guard physically invaded Plaintiff's body/person by touching her private areas without Plaintiff's consent and this resulted in harmful contact with Plaintiff resulting in severe injuries and damages to Plaintiff.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Sexual Battery**
**(Civil Code Section 1708.5)**

Code of Civil Procedure, § 425.12
_www.courts.ca.gov_

PLD-PI-001(3)

| SHORT TITLE: Sanchez v. CoreCivic, Inc., et al. | CASE NUMBER |
|---|---|

SECOND
(number)

**CAUSE OF ACTION—ASSAULT**

Page    5

ATTACHMENT TO    [X] Complaint    [ ] Cross - Complaint

( se a separate cause of action form for each cause of action.)

IT-1.  Plaintiff *(name):* Bonnie Sanchez

alleges that defendant *(name):*  CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC, Otay Mesa Detention Center and

[X] Does    1    to    20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):*  On or about February 23, 2021

at *(place):*  Otay Mesa Detention Center located at 7488 Calzada De La Fuente, San Diego, CA 92154

Defendant was acting in the course and scope of his employment as an officer/guard for defendant Otay Mesa Detention Center committed an assault upon Plaintiff by intending to and threatening an offensive and harmful conduct upon Plaintiff. Plaintiff reasonably perceived this conduct by the officer/guard to be an imminent threat of a battery. This imminent threat of an offensive contact by Defendant officer/guard did result in a harmful and offensive contact to Plaintiff, resulting in severe injury and damages to Plaintiff.

**Page 1 of 1**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Assault**

Code of Civil Procedure, § 425.12
*www.courts.ca.gov*

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Sanchez v. CoreCivic, Inc., et al. | |

| THIRD | CAUSE OF ACTION—BATTERY | Page 6 |
|---|---|---|
| (number) | | |

ATTACHMENT TO    [X] Complaint    [ ] Cross - Complaint

*( se a separate cause of action form for each cause of action.)*

IT-1.  Plaintiff *(name):* **Bonnie Sanchez**

alleges that defendant *(name):*   CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC, Otay Mesa Detention Center and

[X] Does _____1_____ to _____20_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):*  On or about February 23, 2021

at *(place):*  Otay Mesa Detention Center located at 7488 Calzada De La Fuente, San Diego, CA 92154

Defendant was acting in the course and scope of his employment as an officer/guard for defendant Otay Mesa Detention Center committed a battery upon Plaintiff by causing a harmful and offensive contact with his body upon Plaintiff's body. This contact by Defendant officer/guard was not consented to by Plaintiff.  Specifically, this contact was the guard/officer invading Plaintiff's body by using his hands to invade Plaintiff's body. This battery caused severe injuries and damages to Plaintiff.

**Page 1 of 1**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION - Battery**

Code of Civil Procedure, § 425.12
*www.courts.ca.gov*

PLD-PI-001(3)

| SHORT TITLE: Sanchez v. CoreCivic, Inc., et al. | CASE NUMBER |
|---|---|

FOURTH **CAUSE OF ACTION—GENERAL NEGLIGENCE** Page 7
(number)

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint

*( se a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Bonnie Sanchez

alleges that defendant *(name):*   CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC, Otay Mesa Detention Center and

[X] Does   1   to   20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):*  On or about February 23, 2021

at *(place):*  Otay Mesa Detention Center located at 7488 Calzada De La Fuente, San Diego, CA 92154

Defendant Otay Mesa Detention Center negligently and carelessly hired and retained in its employment, the Defendant officer/guard, and placed this officer/guard in a position of authority without taking any action that would adequately prevent the Defendant officer/guard in harmful and offensive contact with residents of Otay Mesa Detention Center.

Defendant Otay Mesa Detention Center also negligently and carelessly failed to protect Plaintiff from severe damage by allowing the Defendant officer/guard to have access to Plaintiff in defendant's facility without taking any actions to adequately protect Plaintiff from offensive contact caused by the Defendant officer/guard. Defendant Otay Mesa Detention Center knew or should have known that the Defendant officer/guard would or could engage in the offensive conduct of which resulted in severe injuries and damages to Plaintiff.

Defendant Otay Mesa Detention Center had a history of its employees engaging in offensive contact with residents and failed to take adequate safeguards to protect its residents from such sexual contact. Defendant Otay Mesa Detention Center also failed to protect Plaintiff from the conduct of the Defendant officer/guard.

**Page 1 of 1**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION - GENERAL NEGLIGENCE**

Code of Civil Procedure, § 425.12
*www.courts.ca.gov*

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Sanchez v. CoreCivic, Inc., et al. | |

___FIFTH___  **CAUSE OF ACTION—SEXUAL HARRASSMENT** Page ___8___
(number)

ATTACHMENT TO    [X] Complaint    [ ] Cross - Complaint

*( se a separate cause of action form for each cause of action.)*

IT-1.  Plaintiff *(name):* Bonnie Sanchez

alleges that defendant *(name):*  CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC, Otay Mesa Detention Center and

[X] Does ___1___ to ___20___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):*  On or about February 23, 2021

at *(place):*  Otay Mesa Detention Center located at 7488 Calzada De La Fuente, San Diego, CA 92154

Defendants, each of them, had a special professional relationship with Plaintiff. Plaintiff was in Defendant Otay Mesa Detention Center's facility for treatment for which Defendants received compensation. Defendant Otay Mesa Detention Center and its employees, including the Defendant officer/guard, acting within the course and scope of their employment with Otay Mesa Detention Center, engaged in sexual harassment of Plaintiff, by engaging in harmful and offensive contact with Plaintiff's body. Plaintiff did not consent to such conduct resulting in severe injuries and damages to Plaintiff.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION - SEXUAL HARASSMENT**

Code of Civil Procedure, § 425.12
*www.courts.ca.gov*

PLD-PI-001(6)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Sanchez v. CoreCivic, Inc., et al. | |

## Exemplary Damages Attachment    Page ___9___

ATTACHMENT TO    ☑ Complaint    ☐ Cross - Complaint

EX-1. As additional damages against defendant *(name)*:

Otay Mesa Detention Center

Plaintiff alleges defendant was guilty of

☑ malice

☐ fraud

☑ oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

The Defendant officer/guard, acting in the course and scope of his employment violated and invaded Plaintiff's body on or about February 23, 2021 at Defendant's facility as set forth herein. Defendant Otay Mesa Detention Center, knew or should have known that such offensive acts would or could occur as other residents had been subjected to non-consensual sexual contact by Defendant officer/guard and other employees of Defendant Otay Mesa Detention Center. Defendant Otay Mesa Detention Center intentionally failed to take adequate actions to prevent the injurous conduct of the Defendant officer/guard in conscious disregard of Plaintiff's rights. Defendant Otay Mesa Detention Center is also subject to punitive damages for recertifying the conduct of the Defendant officer/guard.

EX-3. The amount of exemplary damages sought is

a. ☐ not shown, pursuant to Code of Civil Procedure section 425.10.

b. ☐ $

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov