UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SANCHEZ, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC, INC.; <br> CORECIVIC, LLC, CORECIVIC <br> OF TENNESSEE, LLC; OTAY <br> MESA DETENTION CENTER; <br> DOES 1-20, inclusive, <br><br> Defendants. | Case No.:  24-cv-1199-WQH-AHG <br><br> **ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Ex Parte Motion to Extend Pleading Deadline (ECF No. 5) is granted. Defendants CoreCivic, Inc., CoreCivic, LLC, and CoreCivic of Tennessee, LLC shall file a response to the Complaint on or before September 17, 2024.

Dated:  July 18, 2024

Hon. William Q. Hayes
United States District Court

1

24-cv-1199-WQH-AHG