# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Bonnie Sanchez

**Plaintiff,**

V.

CoreCivic, Inc.; CoreCivic, LLC; Otay
Mesa Detention Center; DOES 1 - 20

**Defendant.**

Case No. 24-cv-1199-WQH-AHG

**REPORT OF CLERK AND ORDER
OF TRANSFER PURSUANT TO
"LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:      "Low-Numbered Case No.:      24-cv-00885-L-VET

       Title:      Sanchez v. CoreCivic, Inc. et al

       Nature of Case:      Diversity-Personal Injury

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☐ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:    24-cv-01199-L-VET**

This case was transferred pursuant to the Low-Number Rule.  The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:        7/16/24

By:  s/ A. Sudan

A. Sudan, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:    7/30/24

M. James Lorenz
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge M. James Lorenz and Magistrate Judge Valerie E. Torres for all further proceedings.

Dated:    7/29/24

William Q. Hayes
United States District Judge