UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BONNIE SANCHEZ,

Plaintiff,

v.

CORECIVIC, INC; CORECIVIC, LLC, CORECIVIC OF TENNESSEE, LLC; OTAY MESA DETENTION CENTER; DOES 1-20, inclusive,

Defendants.

NO. 24-cv-01199-L-VET

**ORDER GRANTING JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

[ECF No. 13.]

IT IS HEREBY ORDERED that the parties' Joint Motion to Extend Responsive Pleading Deadline is granted. Defendants CoreCivic, Inc., CoreCivic, LLC, and CoreCivic of Tennessee, LLC shall file a response to the Complaint on or before October 17, 2024.

**IT IS SO ORDERED.**
Dated:  September 16, 2024

_____
Hon. M. James Lorenz
United States District Judge