# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER:    24cv1199-L-VET | |
| TITLE:    Sanchez v. CoreCivic, Inc. et al. | |
| E-FILED DATE:    10/17/2024 | DOCUMENT NO.:    15 |
| DOCUMENT TITLE:    Joint Motion for Extension of Time | |
| DOCUMENT FILED BY:    Keene, Dana | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") Discrepancy

ECF § 2.f.4: lacking signature certification.

## IT IS HEREBY ORDERED:

| | |
|---|---|
| ☐ | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☒ | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

October 18, 2024

Law Clerk

Chambers of the Honorable
M. James Lorenz