UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SANCHEZ,<br><br>                        Plaintiff,<br><br>v.<br><br>CORECIVIC, ONC. et al.,<br><br>                        Defendants. | Case No.:  24cv1199-L-VET<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME**<br><br>[ECF No. 17] |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion to Extend Responsive Pleading Deadline (ECF No. 17) is granted.  No later than December 16, 2024, Defendants shall file any response to the complaint.

**IT IS SO ORDERED.**

Dated:  October 21, 2024

_____
Hon. M. James Lorenz
United States District Judge

1

24cv1199-L-VET