UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BONNIE SANCHEZ,

Plaintiff,

v.

CORECIVIC, INC; CORECIVIC,
LLC, CORECIVIC OF TENNESSEE,
LLC; OTAY MESA DETENTION
CENTER; DOES 1-20, inclusive,

Defendants.

No. 24-cv-01199-L-VET

**ORDER GRANTING JOINT
MOTION TO EXTEND DEADLINE
TO FILE ANWSER**

**[ECF No. 28]**

IT IS HEREBY ORDERED that the parties' Joint Motion to Extend Defendants' Responsive Pleading Deadline is granted.  Defendants shall file a responsive pleading thirty (30) days after Plaintiff files an amended complaint.

**IT IS SO ORDERED.**

Dated:  May 5, 2025

_____
Hon. M. James Lorenz
United States District Judge